**Dismissed and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00835-CV

---

### NII-OTABIL NELSON, Appellant

### V.

### DOREEN E NELSON, Appellee

---

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2006-31097**

---

### MEMORANDUM OPINION

This is an attempted appeal from a judgment signed June 24, 2019. Appellant filed a motion for new trial. When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was filed October 21, 2019, more than fifteen days after the date it was due on September 23, 2015. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex.1997).

Appellant's notice of appeal was not filed timely. On November 26, 2019, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before December 5, 2019. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

The appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.